IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARY BARKER MATLOCK, Administratrix, )
Of the Estate of JAMES ROBERT BARKER, )
JR., Deceased; and PATRICIA L. )
MCDONOUGH )
)
      Plaintiffs, )
)
  v. )  No. 1:08-CV-696
)
PITNEY-BOWES, INC. and PITNEY- )
BOWES, INC. EMPLOYEE BENEFITS )
COMMITTEE )
)
      Defendants. )

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

IT IS THEREFORE ORDERED AND ADJUGED that Defendant's motion for summary judgment (Doc. 21) is GRANTED and that this action is DISMISSED WITH PREJUDICE.

                              /s/ Thomas D. Schroeder
                              United States District Judge

November 17, 2010